## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

OWEN GARTH HINKSON,

        Plaintiff

        v.

DANIEL J. HOGAN, ET. AL.

        Defendant(s)

**APPLICATION TO PROCEED WITHOUT FULL PREPAYMENT OF FEES; AFFIDAVIT AND AUTHORIZATION FORM**

CASE NUMBER: 05-10822 JLT

I, __Owen G. Hinkson__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint / petition / motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes      [ ] No   (If "No" go to Part 2)

If "Yes" state the place of your incarceration: __FCI Ray Brook, P.O. 9001, Ray Brook New York 12977__

Are you employed at the institution?    [X] Yes      [ ] No

Do you receive any payment from same?    [X] Yes:      [ ] No

**Notice to Inmates:**    <u>The Certificate portion of this affidavit must be completed.</u>

2. Are you currently employed?:    N/A [ ] Yes      N/A [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self employment    [ ] Yes      [X] No

    b. Rent payments, interest or dividends    [ ] Yes      [X] No

    c. Pensions, annuities or life insurance payments    [ ] Yes      [X] No

d. Disability or workers compensation payments  ☐ Yes  ☒ No

e. Gifts or inheritances  ☐ Yes  ☒ No

f. Any other sources  $50 per month from  ☒ Yes  ☐ No
my girl friend.

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash, checking or savings accounts?  ☒ Yes  ☒ No

If "Yes" state the total amount.  __FCI Ray Brook Account__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other assets?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  **N/A**

I declare under penalty of perjury that the above information is true and correct.

April 11, 2005     _[signature]_
DATE              SIGNATURE OF APPLICANT

## CERTIFICATE

(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $ _111.10_ on account to his/her credit at (name of institution) _FCI Ray Brook NY_ .
I further certify that the applicant has the following securities to his/her credit:
_None_ . I further certify that **during the past six months** the applicant's average balance was $ _See Attached_ .

_4/11/05_      _[signature]_  Business Administrator
DATE              SIGNATURE OF AUTHORIZED OFFICER

FORM F. 2

Date: 04/11/2005
Time: 8:10:12 am

Facility: RBK

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 17785038 | Living Quarters: | A03-231L |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 10/01/2004 01:07:28 PM | 42 | | 702747 | Local Collections | $50.00 | | $51.11 |
| RBK | 10/01/2004 07:52:28 PM | ITS1001 | | | ITS Withdrawal | ($1.00) | | $50.11 |
| RBK | 10/02/2004 10:58:16 PM | ITS1002 | | | ITS Withdrawal | ($1.00) | | $49.11 |
| RBK | 10/04/2004 10:15:15 PM | ITS1004 | | | ITS Withdrawal | ($1.00) | | $48.11 |
| RBK | 10/05/2004 11:10:49 AM | 3 | | | Sales | ($38.75) | | $9.36 |
| RBK | 10/05/2004 11:00:05 PM | ITS1005 | | | ITS Withdrawal | ($1.00) | | $8.36 |
| RBK | 10/06/2004 10:41:34 PM | ITS1006 | | | ITS Withdrawal | ($2.00) | | $6.36 |
| RBK | 10/07/2004 10:45:45 PM | ITS1007 | | | ITS Withdrawal | ($2.00) | | $4.36 |
| RBK | 10/10/2004 01:23:13 PM | ITS1010 | | | ITS Withdrawal | ($2.00) | | $2.36 |
| RBK | 10/10/2004 03:26:09 PM | ITS1010 | | | ITS Withdrawal | ($1.00) | | $1.36 |
| RBK | 10/11/2004 08:15:20 PM | ITS1011 | | | ITS Withdrawal | ($1.00) | | $0.36 |
| RBK | 10/12/2004 08:13:11 AM | 006034 | | | Payroll - UNICOR | $229.17 | | $229.53 |
| RBK | 10/12/2004 08:13:11 AM | 006002 | | | FRP Unicor Pymt | ($114.58) | | $114.95 |
| RBK | 10/12/2004 11:11:10 AM | 10 | | | Sales | ($39.85) | | $75.10 |
| RBK | 10/12/2004 11:16:09 PM | ITS1012 | | | ITS Withdrawal | ($5.00) | | $70.10 |
| RBK | 10/15/2004 02:08:04 AM | | 158 | | Outside Savings | ($50.00) | | $20.10 |
| RBK | 10/16/2004 10:15:30 PM | ITS1016 | | | ITS Withdrawal | ($2.00) | | $18.10 |
| RBK | 10/17/2004 06:32:36 PM | ITS1017 | | | ITS Withdrawal | ($8.00) | | $10.10 |
| RBK | 10/19/2004 05:03:52 PM | ITS1019 | | | ITS Withdrawal | ($2.00) | | $8.10 |
| RBK | 10/21/2004 06:28:21 PM | ITS1021 | | | ITS Withdrawal | ($1.00) | | $7.10 |
| RBK | 10/22/2004 09:32:18 PM | ITS1022 | | | ITS Withdrawal | ($1.00) | | $6.10 |
| RBK | 10/23/2004 05:56:22 PM | ITS1023 | | | ITS Withdrawal | ($1.00) | | $5.10 |
| RBK | 10/24/2004 02:00:40 PM | ITS1024 | | | ITS Withdrawal | ($1.00) | | $4.10 |
| RBK | 10/24/2004 08:06:43 PM | ITS1024 | | | ITS Withdrawal | ($1.00) | | $3.10 |
| RBK | 10/25/2004 10:42:45 PM | ITS1025 | | | ITS Withdrawal | ($1.00) | | $2.10 |
| RBK | 10/27/2004 07:38:19 AM | 70118804 | | | Lockbox - CD | $50.00 | | $52.10 |
| RBK | 10/27/2004 10:51:12 PM | ITS1027 | | | ITS Withdrawal | ($1.00) | | $51.10 |
| RBK | 10/28/2004 05:19:30 PM | ITS1028 | | | ITS Withdrawal | ($1.00) | | $50.10 |
| RBK | 10/29/2004 07:25:11 PM | ITS1029 | | | ITS Withdrawal | ($3.00) | | $47.10 |
| RBK | 10/29/2004 11:10:06 PM | ITS1029 | | | ITS Withdrawal | ($2.00) | | $45.10 |

Date: 04/11/2005
Time: 8:10:12 am

Facility: RBK

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 17785038 | Living Quarters: | A03-231L |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 10/31/2004 04:17:32 PM | ITS1031 | | | ITS Withdrawal | ($1.00) | | $44.10 |
| RBK | 10/31/2004 09:44:10 PM | ITS1031 | | | ITS Withdrawal | ($1.00) | | $43.10 |
| RBK | 11/01/2004 10:23:54 PM | ITS1101 | | | ITS Withdrawal | ($1.00) | | $42.10 |
| RBK | 11/02/2004 08:08:46 AM | 5JV00004 | | | Payroll - IPP | $5.00 | | $47.10 |
| RBK | 11/02/2004 11:29:00 AM | 21 | | | Sales | ($33.50) | | $13.60 |
| RBK | 11/03/2004 09:47:38 PM | ITS1103 | | | ITS Withdrawal | ($2.00) | | $11.60 |
| RBK | 11/03/2004 10:38:06 PM | ITS1103 | | | ITS Withdrawal | ($1.00) | | $10.60 |
| RBK | 11/04/2004 11:17:48 PM | ITS1104 | | | ITS Withdrawal | ($2.00) | | $8.60 |
| RBK | 11/06/2004 09:42:42 PM | ITS1106 | | | ITS Withdrawal | ($4.00) | | $4.60 |
| RBK | 11/07/2004 06:25:26 PM | ITS1107 | | | ITS Withdrawal | ($4.00) | | $0.60 |
| RBK | 11/08/2004 07:54:00 AM | 006004 | | | Payroll - UNICOR | $248.46 | | $249.06 |
| RBK | 11/08/2004 07:54:00 AM | 006005 | | | FRP Unicor Pymt | ($124.23) | | $124.83 |
| RBK | 11/09/2004 04:45:10 PM | 57 | | | Sales | ($19.90) | | $104.93 |
| RBK | 11/11/2004 04:35:04 PM | ITS1111 | | | ITS Withdrawal | ($1.00) | | $103.93 |
| RBK | 11/12/2004 09:32:25 PM | ITS1112 | | | ITS Withdrawal | ($1.00) | | $102.93 |
| RBK | 11/13/2004 02:03:54 PM | ITS1113 | | | ITS Withdrawal | ($1.00) | | $101.93 |
| RBK | 11/14/2004 09:36:18 PM | ITS1114 | | | ITS Withdrawal | ($1.00) | | $100.93 |
| RBK | 11/15/2004 02:08:08 AM | | 403 | | Outside Savings | ($50.00) | | $50.93 |
| RBK | 11/16/2004 10:21:36 PM | ITS1116 | | | ITS Withdrawal | ($1.00) | | $49.93 |
| RBK | 11/17/2004 08:05:41 PM | ITS1117 | | | ITS Withdrawal | ($1.00) | | $48.93 |
| RBK | 11/17/2004 09:48:37 PM | ITS1117 | | | ITS Withdrawal | ($1.00) | | $47.93 |
| RBK | 11/18/2004 11:08:10 AM | 10 | | | Sales | ($41.20) | | $6.73 |
| RBK | 11/19/2004 10:32:51 PM | ITS1119 | | | ITS Withdrawal | ($1.00) | | $5.73 |
| RBK | 11/20/2004 11:20:03 AM | ITS1120 | | | ITS Withdrawal | ($1.00) | | $4.73 |
| RBK | 11/20/2004 09:30:31 PM | ITS1120 | | | ITS Withdrawal | ($1.00) | | $3.73 |
| RBK | 11/21/2004 03:09:58 PM | ITS1121 | | | ITS Withdrawal | ($1.00) | | $2.73 |
| RBK | 11/21/2004 06:54:46 PM | ITS1121 | | | ITS Withdrawal | ($1.00) | | $1.73 |
| RBK | 11/22/2004 05:39:53 AM | 70120505 | | | Lockbox - CD | $85.00 | | $86.73 |
| RBK | 11/22/2004 09:46:17 AM | | 451 | | Outside Savings | ($50.00) | | $36.73 |
| RBK | 11/22/2004 06:13:33 PM | ITS1122 | | | ITS Withdrawal | ($6.00) | | $30.73 |

Date: 04/11/2005  
Time: 8:10:12 am  

Facility: RBK

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 17785038 | Living Quarters: | A03-231L |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

### Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 11/22/2004 09:48:47 PM | ITS1122 | | | ITS Withdrawal | ($2.00) | | $28.73 |
| RBK | 11/23/2004 10:51:16 PM | ITS1123 | | | ITS Withdrawal | ($2.00) | | $26.73 |
| RBK | 11/24/2004 11:00:12 AM | 18 | | | Sales | ($6.60) | | $20.13 |
| RBK | 11/24/2004 05:20:08 PM | ITS1124 | | | ITS Withdrawal | ($2.00) | | $18.13 |
| RBK | 11/25/2004 04:31:39 PM | ITS1125 | | | ITS Withdrawal | ($8.00) | | $10.13 |
| RBK | 11/26/2004 04:33:30 PM | ITS1126 | | | ITS Withdrawal | ($1.00) | | $9.13 |
| RBK | 11/27/2004 01:04:08 PM | ITS1127 | | | ITS Withdrawal | ($2.00) | | $7.13 |
| RBK | 11/27/2004 03:14:31 PM | ITS1127 | | | ITS Withdrawal | ($2.00) | | $5.13 |
| RBK | 11/28/2004 01:23:22 PM | ITS1128 | | | ITS Withdrawal | ($5.00) | | $0.13 |
| RBK | 12/06/2004 09:55:11 AM | 006006 | | | Payroll - UNICOR | $309.14 | | $309.27 |
| RBK | 12/06/2004 04:38:47 PM | ITS1206 | | | FRP Unicor Pymt | ($154.57) | | $154.70 |
| RBK | 12/06/2004 09:47:53 PM | ITS1206 | | | ITS Withdrawal | ($1.00) | | $153.70 |
| RBK | 12/07/2004 02:44:52 PM | | 579 | | Outside Savings | ($50.00) | | $152.70 |
| RBK | 12/07/2004 05:05:10 PM | ITS1207 | | | ITS Withdrawal | ($1.00) | | $102.70 |
| RBK | 12/07/2004 09:57:37 PM | ITS1207 | | | ITS Withdrawal | ($5.00) | | $101.70 |
| RBK | 12/08/2004 11:33:31 AM | 20 | | | Sales | ($34.80) | | $96.70 |
| RBK | 12/08/2004 04:47:30 PM | ITS1208 | | | ITS Withdrawal | ($1.00) | | $61.90 |
| RBK | 12/09/2004 04:30:50 PM | ITS1209 | | | ITS Withdrawal | ($1.00) | | $60.90 |
| RBK | 12/11/2004 08:15:06 AM | ITS1211 | | | ITS Withdrawal | ($1.00) | | $59.90 |
| RBK | 12/11/2004 12:18:47 PM | ITS1211 | | | ITS Withdrawal | ($3.00) | | $58.90 |
| RBK | 12/12/2004 10:27:01 PM | ITS1212 | | | ITS Withdrawal | ($1.00) | | $55.90 |
| RBK | 12/13/2004 03:11:26 PM | ITS1213 | | | ITS Withdrawal | ($1.00) | | $54.90 |
| RBK | 12/14/2004 09:58:33 PM | ITS1214 | | | ITS Withdrawal | ($1.00) | | $53.90 |
| RBK | 12/15/2004 02:08:02 AM | | 665 | | Outside Savings | ($50.00) | | $52.90 |
| RBK | 12/15/2004 07:41:02 PM | ITS1215 | | | ITS Withdrawal | ($1.00) | | $2.90 |
| RBK | 12/15/2004 09:27:37 PM | ITS1215 | | | ITS Withdrawal | ($1.00) | | $1.90 |
| RBK | 12/22/2004 06:50:14 AM | 70122601 | | | Lockbox - CD | $100.00 | | $0.90 |
| RBK | 12/22/2004 04:41:43 PM | ITS1222 | | | ITS Withdrawal | ($1.00) | | $100.90 |
| RBK | 12/22/2004 05:41:57 PM | 91 | | | Sales | ($69.00) | | $99.90 |
| RBK | | | | | | | | $30.90 |

Date: 04/11/2005
Time: 8:10:12 am

Facility: RBK

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 17785038 | Living Quarters: | A03-231L |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

### Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 12/22/2004 09:53:04 PM | ITS1222 | | | ITS Withdrawal | ($5.00) | | $25.90 |
| RBK | 12/23/2004 07:19:10 PM | ITS1223 | | | ITS Withdrawal | ($3.00) | | $22.90 |
| RBK | 12/24/2004 05:50:48 PM | ITS1224 | | | ITS Withdrawal | ($7.00) | | $15.90 |
| RBK | 12/25/2004 01:15:59 PM | ITS1225 | | | ITS Withdrawal | ($10.00) | | $5.90 |
| RBK | 12/28/2004 06:41:02 AM | 70123001 | | | Lockbox - CD | $80.00 | | $85.90 |
| RBK | 12/28/2004 04:32:39 PM | ITS1228 | | | ITS Withdrawal | ($3.00) | | $82.90 |
| RBK | 12/29/2004 05:49:30 AM | 70123101 | | | Lockbox - CD | $50.00 | | $132.90 |
| RBK | 12/29/2004 11:18:25 AM | 41 | | | Sales | ($24.85) | | $108.05 |
| RBK | 12/29/2004 04:42:18 PM | ITS1229 | | | ITS Withdrawal | ($1.00) | | $107.05 |
| RBK | 12/29/2004 10:52:35 PM | ITS1229 | | | ITS Withdrawal | ($2.00) | | $105.05 |
| RBK | 12/31/2004 06:14:32 PM | ITS1231 | | | ITS Withdrawal | ($3.00) | | $102.05 |
| RBK | 01/01/2005 12:58:07 PM | ITS0101 | | | ITS Withdrawal | ($1.00) | | $101.05 |
| RBK | 01/02/2005 01:08:15 PM | ITS0102 | | | ITS Withdrawal | ($1.00) | | $100.05 |
| RBK | 01/02/2005 10:00:53 PM | ITS0102 | | | ITS Withdrawal | ($2.00) | | $98.05 |
| RBK | 01/04/2005 09:46:06 PM | ITS0104 | | | ITS Withdrawal | ($2.00) | | $96.05 |
| RBK | 01/04/2005 11:17:48 PM | ITS0104 | | | ITS Withdrawal | ($2.00) | | $94.05 |
| RBK | 01/05/2005 11:02:24 AM | 13 | | | Sales | ($5.85) | | $88.20 |
| RBK | 01/07/2005 09:34:18 PM | ITS0107 | | | ITS Withdrawal | ($1.00) | | $87.20 |
| RBK | 01/08/2005 10:34:22 AM | ITS0108 | | | ITS Withdrawal | ($3.00) | | $84.20 |
| RBK | 01/08/2005 01:36:15 PM | ITS0108 | | | ITS Withdrawal | ($4.00) | | $80.20 |
| RBK | 01/10/2005 08:38:42 AM | 006009 | | | Payroll - UNICOR | $143.82 | | $224.02 |
| RBK | 01/10/2005 08:38:42 AM | 006011 | | | FRP Unicor Pymt | ($71.91) | | $152.11 |
| RBK | 01/10/2005 03:46:27 PM | ITS0110 | | | ITS Withdrawal | ($1.00) | | $151.11 |
| RBK | 01/11/2005 04:47:18 PM | 53 | | | Sales | ($45.25) | | $105.86 |
| RBK | 01/12/2005 01:47:45 PM | ITS0112 | | | ITS Withdrawal | ($50.00) | | $55.86 |
| RBK | 01/12/2005 09:55:26 PM | ITS0112 | | | Outside Savings | ($1.00) | | $54.86 |
| RBK | 01/13/2005 05:20:02 PM | ITS0113 | | | ITS Withdrawal | ($1.00) | | $53.86 |
| RBK | 01/15/2005 02:08:18 AM | | 891 | | Outside Savings | ($50.00) | | $3.86 |
| RBK | 01/15/2005 04:57:05 PM | ITS0115 | | | ITS Withdrawal | ($1.00) | | $2.86 |
| RBK | 01/16/2005 11:28:23 AM | ITS0116 | | | ITS Withdrawal | ($1.00) | | $1.86 |

Date: 04/11/2005
Time: 8:10:12 am

Facility: RBK

# Federal Bureau of Prisons
# TRUFACS
# Inmate Statement
Limited Official Use

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 17785038 | Living Quarters: | A03-231L |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 01/17/2005 07:28:08 PM | ITS0117 | | | ITS Withdrawal | ($1.00) | | $0.86 |
| RBK | 01/25/2005 06:17:06 AM | 70124901 | | | Lockbox - CD | $50.00 | | $50.86 |
| RBK | 01/25/2005 05:10:08 PM | ITS0125 | | | ITS Withdrawal | ($3.00) | | $47.86 |
| RBK | 01/25/2005 10:25:21 PM | ITS0125 | | | ITS Withdrawal | ($3.00) | | $44.86 |
| RBK | 01/27/2005 11:08:48 AM | | | 6 | Sales | ($29.90) | | $14.96 |
| RBK | 01/27/2005 10:00:14 PM | ITS0127 | | | ITS Withdrawal | ($1.00) | | $13.96 |
| RBK | 01/28/2005 09:54:37 PM | ITS0128 | | | ITS Withdrawal | ($1.00) | | $12.96 |
| RBK | 01/29/2005 09:10:18 AM | ITS0129 | | | ITS Withdrawal | ($1.00) | | $11.96 |
| RBK | 01/29/2005 01:18:20 PM | ITS0129 | | | ITS Withdrawal | ($1.00) | | $10.96 |
| RBK | 01/30/2005 03:16:24 PM | ITS0130 | | | ITS Withdrawal | ($1.00) | | $9.96 |
| RBK | 01/31/2005 05:20:03 PM | ITS0131 | | | ITS Withdrawal | ($1.00) | | $8.96 |
| RBK | 02/01/2005 10:16:14 PM | ITS0201 | | | ITS Withdrawal | ($2.00) | | $6.96 |
| RBK | 02/04/2005 04:31:07 PM | ITS0204 | | | ITS Withdrawal | ($1.00) | | $5.96 |
| RBK | 02/05/2005 11:12:12 AM | ITS0205 | | | ITS Withdrawal | ($1.00) | | $4.96 |
| RBK | 02/05/2005 09:49:20 PM | ITS0205 | | | ITS Withdrawal | ($1.00) | | $3.96 |
| RBK | 02/07/2005 04:56:24 PM | ITS0207 | | | ITS Withdrawal | ($1.00) | | $2.96 |
| RBK | 02/09/2005 06:29:50 PM | ITS0209 | | | ITS Withdrawal | ($1.00) | | $1.96 |
| RBK | 02/10/2005 09:56:12 PM | ITS0210 | | | ITS Withdrawal | ($1.00) | | $0.96 |
| RBK | 02/11/2005 01:15:07 PM | 006012 | | | Payroll - UNICOR | $262.62 | | $263.58 |
| RBK | 02/11/2005 01:15:07 PM | 006014 | | | FRP Unicor Pymt | ($131.31) | | $132.27 |
| RBK | 02/11/2005 09:47:32 PM | ITS0211 | | | ITS Withdrawal | ($2.00) | | $130.27 |
| RBK | 02/11/2005 10:29:59 PM | ITS0211 | | | ITS Withdrawal | ($3.00) | | $127.27 |
| RBK | 02/13/2005 10:44:28 AM | ITS0213 | | | ITS Withdrawal | ($2.00) | | $125.27 |
| RBK | 02/13/2005 10:59:17 PM | ITS0213 | | | ITS Withdrawal | ($1.00) | | $124.27 |
| RBK | 02/14/2005 11:21:08 AM | | | 15 | Sales | ($70.50) | | $53.77 |
| RBK | 02/15/2005 02:08:01 AM | | | 1073 | Outside Savings | ($50.00) | | $3.77 |
| RBK | 02/15/2005 06:16:02 AM | 70126401 | | | Lockbox - CD | $50.00 | | $53.77 |
| RBK | 02/15/2005 04:46:49 PM | ITS0215 | | | ITS Withdrawal | ($1.00) | | $52.77 |
| RBK | 02/15/2005 09:57:10 PM | ITS0215 | | | ITS Withdrawal | ($1.00) | | $51.77 |
| RBK | 02/16/2005 09:36:14 PM | ITS0216 | | | ITS Withdrawal | ($1.00) | | $50.77 |

Date: 04/11/2005
Time: 8:10:12 am

Facility: RBK

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| Inmate Reg#: | 17785038 | Living Quarters: | A03-231L |
| --- | --- | --- | --- |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| RBK | 02/17/2005 10:00:43 PM | ITS0217 | | | ITS Withdrawal | ($1.00) | | $49.77 |
| RBK | 02/19/2005 05:55:56 PM | ITS0219 | | | ITS Withdrawal | ($2.00) | | $47.77 |
| RBK | 02/20/2005 10:50:24 AM | ITS0220 | | | ITS Withdrawal | ($1.00) | | $46.77 |
| RBK | 02/20/2005 10:21:57 PM | ITS0220 | | | ITS Withdrawal | ($1.00) | | $45.77 |
| RBK | 02/21/2005 05:46:35 AM | 70126803 | | | Lockbox - CD | $25.00 | | $70.77 |
| RBK | 02/21/2005 09:29:59 PM | ITS0221 | | | ITS Withdrawal | ($1.00) | | $69.77 |
| RBK | 02/21/2005 11:10:33 PM | ITS0221 | | | ITS Withdrawal | ($1.00) | | $68.77 |
| RBK | 02/22/2005 12:23:41 PM | 34 | | | Sales | ($68.45) | | $0.32 |
| RBK | 03/11/2005 08:05:14 AM | 006015 | | | Payroll - UNICOR | $167.14 | | $167.46 |
| RBK | 03/11/2005 08:05:14 AM | 006018 | | | FRP Unicor Pymt | ($83.57) | | $83.89 |
| RBK | 03/11/2005 04:59:45 PM | ITS0311 | | | ITS Withdrawal | ($1.00) | | $82.89 |
| RBK | 03/11/2005 10:34:50 PM | ITS0311 | | | ITS Withdrawal | ($2.00) | | $80.89 |
| RBK | 03/12/2005 01:39:26 PM | ITS0312 | | | ITS Withdrawal | ($1.00) | | $79.89 |
| RBK | 03/12/2005 05:15:30 PM | ITS0312 | | | ITS Withdrawal | ($2.00) | | $77.89 |
| RBK | 03/13/2005 05:08:52 PM | ITS0313 | | | ITS Withdrawal | ($1.00) | | $76.89 |
| RBK | 03/14/2005 05:15:29 PM | ITS0314 | | | ITS Withdrawal | ($1.00) | | $75.89 |
| RBK | 03/15/2005 02:08:29 AM | | | | Outside Savings | ($50.00) | | $25.89 |
| RBK | 03/15/2005 04:36:17 PM | ITS0315 | 1375 | | ITS Withdrawal | ($3.00) | | $22.89 |
| RBK | 03/15/2005 05:21:50 PM | 65 | | | Sales | ($14.30) | | $8.59 |
| RBK | 03/16/2005 04:48:37 PM | ITS0316 | | | ITS Withdrawal | ($2.00) | | $6.59 |
| RBK | 03/17/2005 09:57:45 PM | ITS0317 | | | ITS Withdrawal | ($1.00) | | $5.59 |
| RBK | 03/17/2005 10:06:57 PM | ITS0317 | | | ITS Withdrawal | ($1.00) | | $4.59 |
| RBK | 03/19/2005 05:03:56 AM | 70126701 | | | Lockbox - CD | $50.00 | | $54.59 |
| RBK | 03/19/2005 08:58:08 AM | ITS0319 | | | ITS Withdrawal | ($1.00) | | $53.59 |
| RBK | 03/19/2005 10:26:57 PM | ITS0319 | | | ITS Withdrawal | ($2.00) | | $51.59 |
| RBK | 03/20/2005 12:37:18 PM | ITS0320 | | | ITS Withdrawal | ($1.00) | | $50.59 |
| RBK | 03/20/2005 04:39:59 PM | ITS0320 | | | ITS Withdrawal | ($1.00) | | $49.59 |
| RBK | 03/21/2005 10:02:24 PM | ITS0321 | | | ITS Withdrawal | ($1.00) | | $48.59 |
| RBK | 03/22/2005 04:49:46 PM | 52 | | | Sales | ($28.53) | | $20.06 |
| RBK | 03/22/2005 09:59:21 PM | ITS0322 | | | ITS Withdrawal | ($2.00) | | $18.06 |

Date: 04/11/2005  
Time: 8:10:12 am  

Facility: RBK

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 17785038 | Living Quarters: | A03-231L |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 03/23/2005 09:45:03 PM | ITS0323 | | | ITS Withdrawal | ($1.00) | | $17.06 |
| RBK | 03/24/2005 09:36:33 PM | ITS0324 | | | ITS Withdrawal | ($2.00) | | $15.06 |
| RBK | 03/25/2005 09:45:14 PM | ITS0325 | | | ITS Withdrawal | ($1.00) | | $14.06 |
| RBK | 03/26/2005 11:47:21 AM | ITS0326 | | | ITS Withdrawal | ($2.00) | | $12.06 |
| RBK | 03/26/2005 04:57:45 PM | ITS0326 | | | ITS Withdrawal | ($2.00) | | $10.06 |
| RBK | 03/27/2005 10:45:51 AM | ITS0327 | | | ITS Withdrawal | ($1.00) | | $9.06 |
| RBK | 03/27/2005 06:28:30 PM | ITS0327 | | | ITS Withdrawal | ($4.00) | | $5.06 |
| RBK | 03/28/2005 05:52:37 AM | 7012920J | | | Lockbox - CD | $50.00 | | $55.06 |
| RBK | 03/28/2005 09:45:15 PM | ITS0328 | | | ITS Withdrawal | ($1.00) | | $54.06 |
| RBK | 03/29/2005 05:16:15 PM | ITS0329 | | | ITS Withdrawal | ($1.00) | | $53.06 |
| RBK | 03/29/2005 10:56:25 PM | ITS0329 | | | ITS Withdrawal | ($1.00) | | $52.06 |
| RBK | 03/30/2005 10:13:08 PM | ITS0330 | | | ITS Withdrawal | ($1.00) | | $51.06 |
| RBK | 03/31/2005 10:31:25 PM | ITS0331 | | | ITS Withdrawal | ($1.00) | | $50.06 |
| RBK | 04/01/2005 10:27:43 PM | ITS0401 | | | ITS Withdrawal | ($2.00) | | $48.06 |
| RBK | 04/03/2005 11:26:28 AM | ITS0403 | | | ITS Withdrawal | ($2.00) | | $46.06 |
| RBK | 04/03/2005 11:03:19 PM | ITS0403 | | | ITS Withdrawal | ($1.00) | | $45.06 |
| RBK | 04/04/2005 05:54:48 PM | 128 | | | Sales | ($29.80) | | $15.26 |
| RBK | 04/04/2005 06:04:13 PM | 125 | | | Sales | ($5.85) | | $9.41 |
| RBK | 04/04/2005 09:59:13 PM | ITS0404 | | | ITS Withdrawal | ($1.00) | | $8.41 |
| RBK | 04/05/2005 09:33:39 PM | ITS0405 | | | ITS Withdrawal | ($2.00) | | $6.41 |
| RBK | 04/06/2005 10:24:54 PM | ITS0406 | | | ITS Withdrawal | ($1.00) | | $5.41 |
| RBK | 04/07/2005 04:44:40 PM | ITS0407 | | | ITS Withdrawal | ($2.00) | | $3.41 |
| RBK | 04/08/2005 10:57:02 PM | ITS0408 | | | ITS Withdrawal | ($1.00) | | $2.41 |
| RBK | 04/09/2005 04:41:17 PM | ITS0409 | | | ITS Withdrawal | ($1.00) | | $1.41 |
| RBK | 04/09/2005 10:41:25 PM | ITS0409 | | | ITS Withdrawal | ($1.00) | | $0.41 |
| RBK | 04/11/2005 08:02:37 AM | 006017 | | | Payroll - UNICOR | $221.38 | | $221.79 |
| RBK | 04/11/2005 08:02:37 AM | 006021 | | | FRP Unicor Pymt | ($110.69) | | $111.10 |

**Total Transactions:** 207  **Totals:** $109.99  $0.00

Date: 04/11/2005
Time: 8:10:12 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: RBK

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 17785038 | Living Quarters: | A03-231L |
| Inmate Name: | HINKSON, OWEN GARTH | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | MOH ANNEX | Account Creation Date: | 4/3/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | $111.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $111.10 |
| **Totals:** | **$111.10** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$111.10** |