IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

OWEN GARTH HINKSON,  :

       Plaintiff,  :

  vs.                      05-10822 JLT Civil Action No.

DANIEL J. HOGAN,
CLERK MAGISTRATE;        JURY TRIAL DEMANDED, AND
                                  SEEKING PUNITIVE DAMAGES.
MARILYN WELLINGTON,      *Referred to MJ RB Collinp*
COURT ADMINISTRATOR;      PLAINTIFF DEMAND MONEY
                                  DAMAGES OF $1.1 MILLON FROM
FRANCIS J. CAFFREY,       EACH DEFENDANT. IN THE SUM
CLERK;                             OF $4.4 MILLON.

CHARLES R. JOHNSON,
CHIEF JUSTICE FOR BOSTON    THIS IS THE PLAINTIFF'S MOTION
MUNICIPAL COURT.            TO PROCEED WITHOUT FULL PRE-
                                  PAYMENT OF FEES.
      Defendants.  :

### I.  INTRODUCTION

**Comes Now,** this Plaintiff Owen Garth Hinkson, filing this Motion to Proceed Without Full Prepayment of Fees. Plaintiff filing this Motion Pro Se. See **Haines v. Kerner, 404 U.S. 519, 92 S.Ct. (1972).** Also See attached Afidavit And Authorization Form and Plaintiff's Complaint pursuant to 42 U.S.C. § 1983.

### II.  BACKGROUND

("On November 3, 2004, Plaintiff, filed his pro se complaint accompanied by an Application to Proceed Without Prepayment of Fees. Because Plaintiff filed an Application to Proceed Without Prepayment of Fees, summones were not issued in order to allow the Court to review the complaint to determine

wether it satisfied the requirements of the federal in forma pauperis statute, 28 U.S.C. § 1915.

One week after filing his copmlaint, on November 10, 2004, Mr. Hinkson filed a letter indicating, among other things, that he seeks to withdraw the . . . . case and that intends to file the case after he exhausts his administrative remedies.") ("The Court . . . treat plaintiff's letter as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). ... Orser (1) Plaintiff's Motion for Voluntary Dismissal is ALLOWED. And (2) This civil action is DISMISSED without prejudice and without assessment of the filing fee.")

On January 14, 2005, the Boston Municipla Court ALLOWED Plaintiff's Motion to Vacate Judgment of Conviction and on February 1, 2005, the said Court Dismissed all charges. Plaintiff's administrative remedies are all complteted. In the attached Application to Proceed Without Full Prepayment of Fees; and Plaintiff's Complaint, this Plaintiff seeks full redress from this Honorable United States District Court.

At this time Plaintiff will inform this Honorable Court that the Plaintiff is under on order to pay a $10,000.00 fine and half of the money that the Plaintiff work at the Federal Correctional Institution, in Ray Brook, New York must goes to his fine. See attached Exhibit "A."

2

Dated: 4/13/2005.       Respectfully submitted,
   4-13-05

*Owen G. Hinkson*
Owen Garth Hinkson, Pro Se.
Reg. No.17785-038
FCI Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001


cc: **Owen Garth Hinkson**

3

```
                    INMATE FINANCIAL RESPONSIBILITY              04-06-2005
PAGE 004 OF 004 *   DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS  *   09:13:39

REGNO: 17785-038   OBLG NO: ALL    NO. ADJ TO VIEW: 15        FUNC: DSS
NAME.: HINKSON, OWEN GARTH                 TYPE OBLG: FINE USDC
OBLG STATUS.: AGREED        OBLG BAL..: 8135.78               OBLG NO: 4
DATE ADDED  FCL  ADJ TYPE   ADJ REASON        ADJ AMT    DEP NO.  DETAIL
03-15-2005  RBK  PAYMENT    INSIDE PMT          83.57     5062    N
02-15-2005  RBK  PAYMENT    INSIDE PMT         131.31     5052    N
01-12-2005  RBK  PAYMENT    INSIDE PMT          71.91     5042    N
12-08-2004  RBK  PAYMENT    INSIDE PMT         154.57     5032    N
11-10-2004  RBK  PAYMENT    INSIDE PMT         124.23     5022    N
10-14-2004  RBK  PAYMENT    INSIDE PMT         114.58     5012    N
09-15-2004  RBK  PAYMENT    INSIDE PMT          65.23     4122    N
08-11-2004  RBK  PAYMENT    INSIDE PMT          81.03     4112    N
07-14-2004  RBK  PAYMENT    INSIDE PMT          76.96     4102    N
06-16-2004  RBK  PAYMENT    INSIDE PMT          61.88     4092    N
05-05-2004  RBK  PAYMENT    INSIDE PMT          50.20     4082    N
04-13-2004  RBK  PAYMENT    INSIDE PMT          51.66     4072    N
03-10-2004  RBK  PAYMENT    INSIDE PMT          38.12     4062    N
02-11-2004  RBK  PAYMENT    INSIDE PMT          26.80     4052    N
01-14-2004  RBK  PAYMENT    INSIDE PMT          31.12     4042    N

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

(Ex. "A")