From:    Owen Garth Hinkson
        Reg. No. 17785-038
        Federal Correctional Institution
        Ray Brook
        P.O. Box 9001
        Ray Brook, New York 12977-9001


Dated:   June 8, 2005


TO:      Honorable Judge Joseph L. Tauro
        United States District Judge
        U.S. District Courthouse
        1 Courthouse Way, Suite 2300
        Boston, MA 02210

Re:      **Hinkson v. Hogan, et al. Case No.1:05-CV-10822-JLT**

Dear Honorable Tauro, J.:

    As of this letter I have not receive a order from you on the aboved case number.

    Under **Heck v. Humphrey, (1994) 129 L.Ed.2d 383** ("A claim for damages for an allegedly unconstitutional conviction or imprisonment, or for other actions whose unlawfulness would render a conviction or sentence invalid is not cognizable under 42 USCS § 1983 unless the Plaintiff proves that the conviction or sentence has been reversed on direct appeal, ...")

    In this civil action the conviction that this Plaintiff file his civil action for is vacated and dismissed

    Also in this Plaintiff civil action Plaintiff shows that each defendant violated Plaintiff's Civil Rights that the U.S. Constitution and the Laws of the Commonwealth of Massachusetts protect. Judge Tauro, Plaintiff is aware that this Honorable Court have a lots of work on its hands but the interest of justice call for this court to hand down a ruling in this matter in a timely manner.

    Plaintiff request that the court treats this letter as a motion to request on order.

Respectfully submitted,

_____
Owen Garth Hinkson, Pro Se.

cc: Owen Garth Hinkson