UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>OWEN GARTH HINKSON</u>,
    Plaintiff,

v.

<u>DANIEL J. HOGAN, CLERK MAGISTRATE, et al.</u>,
    Defendants.

Civil Action

No. 05-10822-JLT

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

### FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

    No ☐  Yes ☒  as to defendant(s) <u>Charles R. Johnson, Chief Justice Boston Municipal Court</u>.

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

    No ☐  Yes ☒  as to defendant(s) <u>Charles R. Johnson, Chief Justice Boston Municipal Court.</u>

3. Section 1997e(g)(2) provides that:

    "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

    42 U.S.C. § 1997e(g)(2).

    Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

    a. Yes ☐  The Court has so determined and found as to defendant(s):
        _____
        _____

    b. No ☐    because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

        ☐ all defendants    ☐ the defendant(s)

        _____

        _____

    c. No ☐    because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

        ☐ all defendants ☐ the defendant(s)

        _____

    d. Cannot say

        ☒ It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

        ☐ all defendants    ☒ the defendant(s) <u>Hogan, Wellington and Caffrey.</u>

### ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

    No ☐    Yes ☒    ☐ as to all defendants

        ☒ only as to defendant(s) <u>Hogan, Wellington and Caffrey.</u>

2. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?

    No ☐    Yes ☒☐ as to all defendants

        ☒ only as to defendant(s) <u>Charles R. Johnson.</u>

3. a. Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

No ☐   Yes ☐   ☐ as to all defendants
☐ only as to defendant(s)
_____

OR

b. If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

No ☐   Yes ☒   ☐ as to all defendants
☒ only as to defendant(s)
  Hogan, Wellington and Caffrey.

 7/20/05   /s/ Joseph L. Tauro
DATE   UNITED STATES DISTRICT JUDGE