4-13-05

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| OWEN GARTH HINKSON | 05-10822-JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| FRANCIS J. CAFFRET (Assistant Clerk) | Civil Action 42 U.S.C. 1983 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

FRANCIS J. CAFFEET (ASSISTANT CLERK OF COURT BOSTON MUNICIPAL COURT)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** JOHN W. McCORMACK POST OFFICE & COURT, 90 DEVONSHIRE ST. BOSTON, MA 02109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Owen Garth Hinkson
Reg. No. 17785-038
FCI Ray Brook, P.O. Box 9001
Ray Brook, New York 12977-9001

Number of process to be served with this Form - 285: 1 Copy
Number of parties to be served in this case: All 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

To be serve at the defendant's work place. At the aboved address.

2005 AUG -1 PM 2:41 RECEIVED U.S. MARSHAL SERVICE BOSTON, MA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Owen G. Hinkson*    TELEPHONE NUMBER: N/A    DATE: 4-13-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk *Nancy Talavera* | Date 8/1/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8/2/05    Time: 01:10 am
Signature of U.S. Marshal or Deputy: *Rosetti*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | — | — | 45 | — | |

REMARKS: told/where Abouts UNKNOWN
wrong address

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Owen Garth Hinkson,
Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

Daniel J. Hogan, et al.,
Defendants

CASE NUMBER: 05-10822-JLT

TO: (Name and address of Defendant)

Francis J. Caffrey

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Owen Garth Hinkson, pro se

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. _____                           July 21, 2005
CLERK                                         DATE

(By) DEPUTY CLERK