4-13-05

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| OWEN GARTH HINKSON | 05-10822 JLT |
| DEFENDANT | TYPE OF PROCESS |
| DANIEL J. HOGAN (CLERK OF THE COURT) | CIVIL ACTION 42 U.S.C 1983 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DANIEL J. HOGAN (CLERK OF COURT FOR THE BOSTON MUNICIPAL COURT)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** JOHN W. McCORMACK POST OFFICE & COURT, 90 Devonshire ST. Boston, MA 02109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Owen Garth Hinkson
Reg. No. 17785-038
FCI Ray Brook, P.O. Box 9001
Ray Brook, New Yrok 12977-9001

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 Copy |
| Number of parties to be served in this case | All 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

To be serve at the defendant's work place. At the aboved address

2005 AUG -1 P 2:39   RECEIVED U.S. MARSHAL SERV BOSTON, MA

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Owen G. Hinkson     TELEPHONE NUMBER: N/A     DATE: 4-13-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/1/05 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Salaman | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/2/05  Time: 11:10  am/pm

Signature of U.S. Marshal or Deputy: Leo Roche

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.— | — | — | 45— | | | |

REMARKS: Refused Service. Wrong Address

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Owen Garth Hinkson,
Plaintiff,

V.

Daniel J. Hogan, et al.,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10822-JLT

TO: (Name and address of Defendant)

Daniel J. Hogan

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Owen Garth Hinkson, pro se

an answer to the complaint which is herewith served upon you, within ___ twenty (20) ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton                         July 21, 2005
CLERK                                          DATE

(By) DEPUTY CLERK