IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OWEN GARTH HINKSON,                :

       Plaintiff,             :

    v.                             :   C.A. No. 05-10822-JLT

DANIEL J. HOGAN, CLERK             :
MAGISTRATE, et al.,
                                   :
       Defendants.            :

**PLAINTIFF'S MOTION TO REQUEST THAT ALL DEFENDANTS BE SERVE THROUGH THE COMMONWEALTH OF MASSACHUSETTS ATTORNEY GENERAL**

    Comes Now, this, Plaintiff Owen Garth Hinkson, filing this Motion to Request that all Defendant be Serve through the Commonwealth of Massachusetts Attorney General for the fact that each named Defendants Refused Service from the United States Marshals Service. Plaintiff also filing this Pro Se. See **Haines v. Kerner, 404 U.S. 519, 520 (1972)**.

    In the aboved caption action this Honorable Court ordered the United States Marshals Service to serve each defendant with a Summoned and a capy of the Complaint. On or about August 2, 2005, the United States Marshals Service attempted to make Service and the Defendant refused service.

    The person or persons at the address tell the United States Marshals Service that the Defendants "Where abouts Unknown." The Boston Municipal Criminal Court is a part of the Commonwealth of Massachusetts and these Defendants work for

this branch of the government and therefore the Commonwealth of Massachusetts Attorney General can receive the Summoned and a copy of the Complaint for each defendant.

Plaintiff in this motion will submit the following Exhibit(s) to show that each defendant work at the addtess that the United States Marshals Service went and the defendants misled the United States Marshals Service in order to refuse service from the Marshals Service. 1

---

1.  The following Exhibit(s): (Exhibit No. 1, is the three United States Marshals Service forms Date of Service 8/2/05, with the United States Marshals Service Envelope attached.)
    (Exhibit No. 2, is a letter from the Honorable Charles R. Johnson Associate Justice with the same address as the address on the United States Marshals Service forms.)
    (Exhibit No. 3, is a letter from the Clerk Francis J. Caffrey, showing the old address but the attached Envelope shows the same address as the address on the United States Marshals Service forms.)

2

In this case the Defendants' action or inaction shows this Honorable Court that the defendants' conducts did violated the Plaintiff's rights that the United States Constitution and the Commonwealth of Massachusetts Constitution protect.

## CONCLUSION

Wherefore, Plaintiff Pray this Honorable Court Grant this Motion and Order the United States Marshals Service to Serve the Defendant through the Commonwealth of Massachusetts Attorney General or through the Suffolk County District Attorney's Office.

Dated: 8/8/05

Respectfully submitted,

*/s/ Owen G. Hinkson*
Owen Garth Hinkson, Pro Se.
Reg. No. 17785-038
FCI Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

cc: Owen Garth Hinkson

Ex. No. 1                                                                    4-13-05

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| OWEN GARTH HINKSON | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| FRANCIS J. CAFFRET (Assistant Clerk) | Civil Action 42 U.S.C. 1983 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FRANCIS J. CAFFRET (ASSISTANT CLERK OF COURT BOSTON MUNICIPAL COURT)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** JOHN W. MCCORMACK POST OFFICE & COURT, 90 DEVONSHIRE ST. BOSTON, MA 02109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Owen Garth Hinkson
Reg. No. 17785-038
FCI Ray Brook, P.O. Box 9001
Ray Brook, New York 12977

Number of process to be served with this Form - 285: 1 Copy
Number of parties to be served in this case: All 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

To be serve at the defendant's work place. At the aboved address.

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE
/s/ Owen G. Hinkson                                                                                             4-13-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 52 | 38 | | 8/1/05 |

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/2/05   Time: 11:10 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | — | | 45 | — | |

**REMARKS:** told/whose who's unknown unknown address

NOTE

PRIOR EDITIONS MAY BE USED          **3. NOTICE OF SERVICE**          FORM USM-285 (Rev. 12/15/80)

4-13-05

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| OWEN GARTH HINKSON | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DANIEL J. HOGAN (CLERK OF THE COURT) | CIVIL ACTION 42U.S.C 1983 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DANIEL J. HOGAN (CLERK OF COURT FOR THE BOSTON MUNICIPAL COURT)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
JOHN W. McCORMACK POST OFFICE COURT, 90 Devonshire ST. Boston, MA 02109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Owen Gartn Hinkson
Reg. No. 17785-038
FCI Ray Brook, P.O. Box 9001
Ray Brook, New Yrok 12977-9001

| Number of process to be served with this Form - 285 | 1 Copy |
|---|---|
| Number of parties to be served in this case | All only |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

To be serve at the defendant's work place. At the aboved address.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: N/A   DATE: 4-13-05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/1/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in Remarks, the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/2/05   Time: 11:10 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.— | — | | 45.— | | | |

REMARKS:

Refused Service.

**NOTE**

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| OWEN GARTH HINKSON | Civil Action 42U.S.C 1983 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MARILYN WELLINGTON (COURT ADMINISTRATOR) | Civil Action 42U.S.C. 198 |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARILYN WELLINGTON (COURT ADMINISTRATOR BOSTON MUNICIPAL COURT)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
JOHN W. MCCORMACK POST OFFICE & COURT 90 DEVONSHIRE ST. BOSTON, MA 02109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Owen Garth Hinkson
Reg. No. 17785-038
Federal Correctional Institution
Ray Brook, New York 12977-9001

- Number of process to be served with this Form - 285: 1 Copy
- Number of parties to be served in this case: All 4
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

To be serve at the defendant work place. At the aboved address.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER     DATE: 4-19-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 52
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 8/1/05

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service     Time: 10:10

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.— | — | | 45.— | | | |

REMARKS: No longer employed

3. NOTICE OF SERVICE

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED



U.S. Department of Justice
United States Marshals Service
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 500
Boston, MA 02210

Official Business
Penalty for Private Use $300



Ex. No. 2



# BOSTON MUNICIPAL COURT DEPARTMENT

TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS
JOHN W. McCORMACK POST OFFICE AND COURTHOUSE
16TH FLOOR
90 DEVONSHIRE STREET
BOSTON, MA 02109

**CHARLES R. JOHNSON**
ASSOCIATE JUSTICE

TEL. (617) 788-8700
FAX (617) 788-8747
johnson_c@jud.state.ma.us

February 5, 2003

Mr. Owen Garth Hinkson
Reg. No. 17785-038
Federal Correctional Institution
Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

Dear Mr. Hinkson:

   I am in receipt of your letter to me dated December 23, 2002. In that letter, you inquired about the status of Commonwealth vs. Hinkson, Docket Number 87-5797, and the Appeals Court's remand of that case to the Boston Municipal Court Department for further proceedings on the pending Motion to Vacate Conviction.

   As the attached docket entries indicate, that motion was denied on December 30, 2002. Copies of the motion and order were sent to you and to the Appeals Court. On January 21, 2003, a Notice of Assembly of Record was also forwarded by our Clerk's Office to the Appeals Court.

   I trust this information resolves the concerns raised in your correspondence.

Sincerely,

Charles R. Johnson
Senior Justice

Enclosure

Honorable Charles R. Johnson, Senior Justice
**BOSTON MUNICIPAL COURT DEPARTMENT**
TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS
JOHN W. McCORMACK POST OFFICE AND COURTHOUSE
16TH FLOOR
90 DEVONSHIRE STREET
BOSTON, MA 02109

**RECEIVED**
FEB 07 2003
**FCI Ray Brook**
**MAIL ROOM**

Mr. Owen Garth Hinkson
Reg. No. 17785-038
Federal Correctional Institution
Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

# COMMONWEALTH OF MASSACHUSETTS



MUNICIPAL COURT OF THE CITY OF BOSTON
FOR CRIMINAL BUSINESS

117 OLD COURTHOUSE
GOVERNMENT CENTER, BOSTON, MASSACHUSETTS 02108
TELEPHONE # (617) 725-8468
FAX # (617) 725-8439

**Daniel J. Hogan**
**Clerk Magistrate**

Owen Garth Hinkson
Reg. No 17785-038
Federal Correctional Institution
Ray Brook
PO Box 9001
Ray Brook, New York   12977-9001

Re :BMC Jury  87-5796 & 87-5797

February 2, 2004


Dear Mr. Hinkson:

The Court will notify you as to the name of the Attorney who has been assigned to represent you. At the present time we are waiting for the Committee for Public Counsel Service to inform the court as the Attorney's name.

Sincerely,

Francis J. Caffrey

BOSTON MUNICIPAL CRIMINAL COURT
1105 JOHN W. McCORMACK POST OFFICE & COURTHOUSE
90 DEVONSHIRE STREET
BOSTON, MA 02109

Owen Garth Hinkson
Reg. No 17785-038
Federal Correctional Institution
Ray Brook
PO Box 9001
Ray Brook, New York  12977-9001


