From:    Mr. Owen Garth Hinkson
         Reg. No. 17785-038
         Federal Correctional Institution
         Ray Brook
         P.O. Box 9001
         Ray Brook, New York 12977-9001


Dated:   August 15, 2005


TO:      Office of the United States Marshal
         United States Courthouse
         Civil Section-Room 1500
         1 Courthouse Way
         Boston, Massachusetts 02210


Re:      **Hinkson v. Hogan, et al. Case No. 05-10822-JLT**


Dear U.S. Marshal:

   Enclosed is a copy of the Boston Municipal Court address, from the Administrative Office of the Trial Court Web Site.

   On the Court Web Site the Defendant Daniel J. Hogan's mailing address is the same as the address that I put on the Marshal 285 forms. This address Last Updated on January 23, 2003, at 3:56 PM.

   On the Honoralbe Charles R. Johnson's Web Site it shows that the Boston Municipal Court address has been moved. See the attached copies.

   If the new address is the right address please send me a new set of 285 forms so I can fill them out and send them back to your office for service upon the defendants.


                                    Respectfully submitted,

                                    [signature]
                                    Owen Garth Hinkson, Pro Se.

cc: Copies send to U.S. District
    Judge Joseph L. Tauro



**The Massachusetts Court System**

SEARCH

- About Us
  - Welcome
  - Introduction
  - Administrative Offices of the Trial Court
  - Departments
  - Judges
- Courts
- Resources
- Self Help Center
- Site Index
- Contact Us
- Home

Home > About Us > Judges

## Honorable Charles R. Johnson

| | |
|---|---|
| Title | Chief Justice |
| Office Mailing Address | Boston Municipal Court Department<br>Edward W. Brooke Courthouse<br>24 New Chardon Street<br>Boston, MA 02114 |
| Secretary/Clerk Telephone Number | 617-725-8389 (Janet M. Higgins) |
| Date of Birth/Place of Birth | |
| Year of Appointment/Governor | 1984 - Governor Michael Dukakis |
| Prior Judicial Offices (Dates): | |
| Prior Public Service | |
| Prior Professional Employment | |
| Education | Tuskegee University |
| Civic Activities | |
| Professional Organization Memberships | |
| Publications | |
| Judicial Branch Committees and Activities | |
| Hobbies/Interests | |
| Practice Pointers for Lawyers Appearing Before You | Brevity, common sense, and practicality. Accept the court's limitations as well as your own. |

About Us | Courts | Resources | Self Help Center | Site Index | Contact Us | Home

Administrative Office of the Trial Court **Web Site Disclaimer**
Copyright© 2002 Administrative Office of the Trial Court

Comments, Questions or Suggestions? **Email the Webmaster**

Last Updated on May 26, 2005 9:20 AM



SEARCH

- About Us
  - Welcome
  - Introduction
  - Administrative Offices of the Trial Court
  - Departments
  - Judges
- Courts
- Resources
- Self Help Center
- Site Index
- Contact Us
- Home

Home > About Us > Judges and Judicial Officers

## Clerk Magistrate for Criminal Business Daniel J. Hogan, Boston Municipal Court

| | |
|---|---|
| **Title** | Clerk Magistrate for Criminal Business |
| **Office Mailing Address** | Boston Municipal Court Department<br>John W. McCormack Post Office and Courthouse<br>90 Devonshire Street<br>Boston, MA 02109 |
| **Secretary/Clerk Telephone Number** | 617-725-8460 |
| **Direct Office Telephone Number:** | {Direct Office Phone Number} |
| **Office Fax Number:** | {Office Fax Number} |
| **Email Address** | {Email} |
| **Date of Birth/Place of Birth** | 11/29/65, Boston, MA |
| **Year of Appointment/Governor** | 2000, Governor Argeo Paul Cellucci |
| **Prior Judicial Offices (Dates):** | 9/98-3/00 Acting Clerk Magistrate for Criminal Business<br>7/98-9/98 First Assistant Clerk Magistrate<br>9/94-7/98 Assistant Clerk Magistrate |
| **Prior Public Service** | |
| **Prior Professional Employment** | |
| **Education** | B.A. 1988<br>J.D. 1994<br>Candidate for Master of Science Degree in Public Affairs |
| **Publications** | |
| **Judicial Branch** | Domestic Violence, Reclassification |

**Committees/Activities**

**Hobbies/Interests**     Sailing, golf, outside activities

**Practice Pointers for Lawyers**     Reasonableness
**Appearing Before You in Your**
**Capacity as Magistrate**

About Us | Courts | Resources | Self Help Center | Site Index | Contact Us | Home

Administrative Office of the Trial Court **Web Site Disclaimer**
Copyright© 2002 Administrative Office of the Trial Court

Comments, Questions or Suggestions? **Email the Webmaster**

Last Updated on January 23, 2003 3:56 PM