| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Owen Garth Hinkson | 05-cv-10822-JLT |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Francis J. Caffrey, Clerk of Court (BMC) | Civil Action § 1983 |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Francis J. Caffrey Assistant Clerk Boston Municipal Court

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Edward W. Brooke Courthouse. 24 New Chardon St. Bocston, MA 02114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Owen Garth Hinkson
Reg. No. 17785-038
P.O. Box 9001
Ray Brook, NY 12977-9001

Number of process to be served with this Form - 285: One Coy
Number of parties to be served in this case: One
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

TO BE SERVE AT HIS ADDRESS:

Francis J. Caffrey
Boston Municipal Court
Edward W. Brooke Courthouse
24 New Chardon Street
Boston, MA 02114

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: 8/22/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 52 | No. 38 | Nancy Jalauere | 8/30/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS: ON SICKLV. FOR Alenst A monTh 8/31/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Owen Garth Hinkson,
Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

Daniel J. Hogan, et al.,
Defendants

CASE NUMBER: 05-10822-JLT

TO: (Name and address of Defendant)

Francis J. Caffrey

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Owen Garth Hinkson, pro se
Reg. No. 17785-038
Federal Correctional Institution
Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton                          July 21, 2005
CLERK                                           DATE

(By) DEPUTY CLERK