IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

OWEN GARTH HINKSON, :

      Plaintiff, :

vs. : Civil Action No. 05-10822-JLT

DANIEL J. HOGAN, CLERK : PLAINTIFF'S MOTION TO SHOW HIS
MAGISTRATE, et al.   SERVICE OF PROCESS PURSUANT TO
                                    : FED. R. CIV. P. RULE 4(e) and
      Defendants.   RULE (l).
                                    :

      **Comes Now,** this Plaintiff, Owen Garth Hinkson, ("Hinkson" or "Plaintiff") hereby filing this Motion To Show His Service Of Process pursuant to Fed. R. Civ. P. Rule 4(e) and Rule (l). In this Civil Action Plaintiff also filing this Motion Pro Se. See **Haines v. Kerner,** 404 U.S. 519, 92 S.Ct. (1972).

      This Plaintiff, Owen Garth Hinkson, make Service of Process by the United States Postal Service "Certified Mail" No. 7002-2410-0003-8498-3610. This will shows this Honorable United States District Court that Plaintiff has being diligent in prosecuting this cause of action.

      The attached Memorandum of Law; Affidavit, and Exhibits will be attached to plaintiff's motion.

Respectfully submitted,

Dated: 9 /11/2005.

*[signature]*
Owen Garth Hinkson, Pro Se.
Reg. No. 17785-038
P.O. Box 9001
Ray Brook, New York 12977-9001

cc: