IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| OWEN GARTH HINKSON, | : | |
| Plaintiff, | : | Civil Action No.05-10822-JLT |
| vs. | : | PLAINTIFF'S AFFIDAVIT TO SHOW SERVICE OF PROCESS PURSUANT TO Fed. R. Civ. P. Rule 4(e) AND (1). |
| DANIEL J. HOGAN, CLERK MAGISTRATE, et al. | : | |
| | : | |
| Defendants. | : | |

I, Owen Garth Hinkson, being duly sworn, hereby depose and state that:

1. On August 29, 2005, I have served all three named defendants in this Civil Action No. 05-10822, by First Class United States Postal Service Mail, pursuant to Federal Rules of Civil Procedure Rule 4(e)(2) and (1).

2. On September 02, 2005, at 10:09 am., the Boston Municipal Court's Clerk sign and received the Plaintiff's Complaint and the United States District Court's Order and **Summons** to all three named defendants. See attached United States **Track & Confirm** dated September 09, 2005 as Exhibit No. 1.

3. I, Owen Garth Hinkson, made service by using the United States Postal Service and pursuant to Fed. R. Civ. P. Rule 4(e)(2), state as follows: ("(2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling, house or usual place of abode with some person of suitable age and discretion then residing therein or by deivering a copy of the summons and of the complaint to an agent authorized by

appointment or by law to receive service of process.")

4. On or about September 7, 2005, Plaintiff filed his Motion for leave to serve Marilyn Wellington and Francis J. Caffrey, by Publication, and if this Honorable Court think that the service by the United States Postal Service is good then the Honorable Court should allow that service.

5. On or about August 31, 2005, the United States Marshals Service, served Defendant Hogan, with a copy of the Plaintiff's Complaint and the Summons but could not locate the other two defendants.

6. In this Civil Action Plaintiff have evidence that Mr. Hogan, was served by the United States Marshals Service and also evidence from the United States Postal Service that all three defendants was served on September 02, 2005, by the United States Postal Service.

7. Plaintiff, Owen Garth Hinkson, file this Proof of Service; and Signed this Proof of Service under the Pains and Penalties of Perjury This _____, day of __SEP 1 0 2005__, 2005.

_____
Owen Garth Hinkson, Pro Se.

The State Of New York
County of

SUBSCRIBED AND SWORN TO BEFORE ME, BY THE SAID OWEN GARTH HINKSON, This, _____, day of __SEP 1 0 2005__, 2005.

_____          __FRANKLIN__
Notary Public in                  County, New York.

DONALD L. DUMAS
Notary Public, State of New York
No. 01DU6083407
Qualified in Franklin County
My Commission Expires November 12, 20__

2


**UNITED STATES POSTAL SERVICE.**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2410 0003 8498 3610**
Status: **Delivered**

Your item was delivered at 10:09 am on September 02, 2005 in BOSTON, MA 02114.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  *Go >*

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2410 0003 8498 3610**
Detailed Results:
- **Delivered, September 02, 2005, 10:09 am, BOSTON, MA 02114**
- **Arrival at Unit, September 02, 2005, 9:15 am, BOSTON, MA 02114**
- **Acceptance, August 29, 2005, 8:47 am, RAY BROOK, NY 12977**

&lt; Back          Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Daniel Hogan, Clrerk Madgis.
Street, Apt No.; 24 New Chardon Street
or PO Box No.
City, State, ZIP+4  Boston, MA 02114

PS Form 3800, June 2002    See Reverse for Instructions

7002 2410 0003 8498 3610

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Daniel Hogan
   Clerk Magistrate of Boston
   Municipal Court Department
   Edward W. Brooke Courthouse
   24 New Chardon Street
   Boston, Massachusetts 02114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): XANA REYES
C. Date of Delivery: 8.29

D. Is delivery address different from item 1?  ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (transfer from service label)
   7002-2410-0003-8498-3610

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

```
U.S. Postal Service "Certified Mail" No. 7002 2410 0003 8498 3610
From:   Mr. Owen Garth Hinkson (Plaintiff)
        Reg. No. 17785-038
        Federal Correctional Institution
        Ray Brook
        P.O. Box 9001
        Ray Brook, New York 12977-9001
```

Dated:  August 29, 2005


TO:     Daniel J. Hogan, Clerk Magistrate
        Boston Municipal Court Department
        Edward W. Brooke Courthouse
        24 New Chardon Street
        Boston, Massachusetts 02114

Re:     Hinkson v. Hogan, et al. Case No. 05-10822-JLT

Dear **Hogan, Clerk:**

   Encloed is the Plaintiff's Complaint, United States District Court's Order dated: July 20, 2005, and United States District Court's **Summons dated July 21, 2005,** to each named Defendants in this Civil Action Number **05-10822-JLT.**

   Each named Defendant must file an answer to the United States District Court at the following address:

        United States District Court
           Office Of The Clerk
        John Joseph Moakley Courthouse
        1 Courthouse Way, Suite 2300
           Boston, Massachusetts 02210

   Each named Defendant must also filed an answer with the Plaintiff at the address on the **Summons.**

                              Respectfully submitted,

                              Owen Garth Hinkson, Pro se.

cc: U.S. Didtrict Judge

```
U.S. Postal Service "Certified Mail" No. 7002 2410 0003 8498 3610
From:   Mr. Owen Garth Hinkson (Plaintiff)
        Reg. No. 17785-038
        Federal Correctional Institution
        Ray Brook
        P.O. Box 9001
        Ray Brook, New York 12977-9001
```

Dated:   August 29, 2005

TO:     Marilyn Wellington Court Administrator
        Boston Municipal Court Department
        Edward W. Brooke Courthouse
        24 New Chardon Street
        Boston, Massachusetts 02114

Re:     Hinkson v. Hogan, et al. Case No. 05-10822-JLT

Dear Ms. Wellington:

   Encloed is the Plaintiff's Complaint, United States District Court's Order dated: July 20, 2005, and United States District Court's **Summons dated July 21, 2005,** to each named Defendants in this Civil Action Number **05-10822-JLT.**

   Each named Defendant must file an answer to the United States District Court at the following address:

                United States District Court
                    Office Of The Clerk
                John Joseph Moakley Courthouse
                1 Courthouse Way, Suite 2300
                  Boston, Massachusetts 02210

   Each named Defendant must also filed an answer with the Plaintiff at the address on the **Summons.**

                              Respectfully submitted,

                              /s/ Owen G. Hinkson
                              ─────────────────────────
                              Owen Garth Hinkson, Pro se.

cc: U.S. Didtrict Judge

```
U.S. Postal Service "Certified Mail" No. 7002 2410 0003 8498 3610
From:   Mr. Owen Garth Hinkson (Plaintiff)
        Reg. No. 17785-038
        Federal Correctional Institution
        Ray Brook
        P.O. Box 9001
        Ray Brook, New York 12977-9001
```

Dated: August 29, 2005

TO:     Francis J. Caffrey, Clerk
        Boston Municipal Court Department
        Edward W. Brooke Courthouse
        24 New Chardon Street
        Boston, Massachusetts 02114

Re:     Hinkson v. Hogan, et al. Case No. 05-10822-JLT

Dear Caffrey Clerk:

   Encloed is the Plaintiff's Complaint, United States District Court's Order dated: July 20, 2005, and United States District Court's **Summons dated July 21, 2005,** to each named Defendants in this Civil Action Number **05-10822-JLT.**

   Each named Defendant must file an answer to the United States District Court at the following address:

        United States District Court
            Office Of The Clerk
        John Joseph Moakley Courthouse
        1 Courthouse Way, Suite 2300
          Boston, Massachusetts 02210

   Each named Defendant must also filed an answer with the Plaintiff at the address on the **Summons.**

                            Respectfully submitted,

                            _____
                            Owen Garth Hinkson, Pro se.

cc: U.S. Didtrict Judge