IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| OWEN GARTH HINKSON, | : |
| Plaintiff, | : |
| vs. | : Civil Action No.05-10822-JLT |
| DANIEL J. HOGAN, CLERK MAGISTRATE; | : PLAINTIFF'S MOTION FOR LEAVE TO SERVE MARILYN WELLINGTON AND FRANCIS J. CAFFREY BY PUBLICATION |
| MARILYN WELLINGTON, COURT ADMINISTRATOR; | : |
| FRANCIS J. CAFFREY, CLERK, et al., | : |
| Defendants. | : |
| | : |

**Now Comes,** this Plaintiff, Owen Garth Hinkson, filing this Motion for leave to serve Defendant Marilyn Wellington and Francis J. Caffrey by Publication, for the reason(s) that Ms. Wellington "No longer emplyed in Boston" and Mr. Caffrey is "On sickLv. for almost a month."

Plaintiff also filing this Motion Pro Se. Se **Haines v. Kerner**, 404 U.S. 519, 92 S.Ct. (1972).

Plaintiff's Memorandum of Law and Exhibit(s) Attached. The Plaintiff's Memorandum of Law and Exhibit(s) will show this Honorable Court that the Plaintiff and the United States Marshals Service try with diligent in prosecuting cause of action and cannot locate these defendants.

Plaintiff pray that this Honorable Court allow this Motion and order the Plaintiff's Complaint to be serve by publication.

Dated: 9/7/2005

Respectfuly submitted,

Owen Garth Hinkson, Pro Se.

cc: