IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| OWEN GARTH HINKSON, | : |
| Plaintiff, | : |
| vs. | : Civil Action No.05-10822-JLT |
| DANIEL J. HOGAN, CLERK MAGISTRATE, et al. | : PLAINTIFF'S PETITION FOR WRIT OF ATTACHMENT PURSUANT TO Fed. |
| | : Rules Of Civil Proc. Rule 64 |
| Defendants. | : |

Comes New, this Plaintiff, Owen Garth Hinkson, Pro-se moves this Honorable Court to issue a writ of attachment in the amount of Three Point Three Million Dollars for damages by defendants in the above Civil Action. This Plaintiff request this Court to issue a writ as follows:

    1. Be secured by Bond or Securities from Defendant Daniel J. Hogan, Clerk Magistrate, in the sum of One Point One Million Dollars.

    2. Be secured by Bond or Securities from Marilyn Wellington, Court Administrator, in the sum of One Point One Million Dollars

    3. Be secured by Bond or Securities from Francis J. Caffrey, Clerk, in the sum of One Point One Million Dollars.

    4. All bonds or securities are to be secured by cash, Insurance Bond, Land or property, Pay Checks, by form of levy on ownership, deeds or equivilant to such and be held on docket of

said action until final adjudication.

WHEREFORE, Owen Garth Hinkson, being said plaintiff in the above captioned matter hereby respectfully request this Honorable Court to issue an ORDER for demand of write on Attachment to the defendants and submit proof of same to the clerk of court forthwith, to be held until final adjudication of said above civil action.

Dated: ~~9/7~~/2005.
9/20/05

Respectfully submitted,

Owen G. H———
Owen Garth Hinkson, Pro Se.
Reg. No. 17785-038
FCI Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

cc:   Sent to CBS 60 Min.

2