From:   Mr. Owen Garth Hinkson
        Reg. No. 17785-038
        Federal Correctional Institution
        Ray Brook
        P.O. Box 9001
        Ray Brook, New York 12977-9001


Dated:  September 23, 2005


TO:     Honorable Joseph L. Tauro, J.
        United States District Judge
        United States District Court
        1 Courthouse Way, Suite 2300
        Boston, Massachusetts 02210


**Re:    Hinkson v. Hogan, et al. Case 05-CV-10822-JLT**


Dear    Honorable Tauro, J.:

        As of this date the defendant has not answer to the Plaintiff's Complaint. At this time the Plaintiff would like ) file a notice of default against these defendants, but I wou like to hear from the Court on the motions that I have filed with the Court first.

        I would like to inform the Honorable Court that I ha ask the head of the "Treasurer's Office at FCI Ray Brook, P. Box 300, Ray Brook, New York 12977-300",to take the $47.57 f   n my inmate's account and as of this date they have not take i I request that the Court inform the Treasurer's Office to ta the $47.57, from my account.

        At this time my next pay from the Institution will b on October 7, or 17, 2005, and I will send the Warden a inma request to staff member and request to send the Court the $47.57, and see if he will order the Institution Treasurer's Office to send the filing fee to the Court from my inmate's account.


                                        Respectfully submitted,

                                        _____
                                        Owen Garth Hinkson, Pro Se