UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OWEN HINKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10822-JLT |
| | ) | |
| DANIEL HOGAN, Clerk Magistrate; MARILYN WELLINGTON, Court Administrator; FRANCIS J. CAFFERTY, Clerk; CHARLES R. JOHNSON, Chief Justice Boston Municipal Court; et al. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Now comes Daniel J. Hogan, a defendant in the above-captioned matter, and respectfully requests that this Court grant him an enlargement of time within which he must move, answer, or otherwise respond to the plaintiff's complaint for a period of twenty (20) days, up to and including October 18, 2005. As grounds for this motion, undersigned counsel states that the plaintiff's complaint was recently received by the Office of the Attorney General, which will represent Mr. Hogan in this matter, and was only assigned to the undersigned today. Undersigned counsel requires the twenty-day period in order to conduct a thorough review of the claims raised in the complaint and to prepare an appropriate response. Granting this small extension of time will not cause any undue delay in the proceedings, as it appears that several of the other defendants have not yet been served. Moreover, granting the extension will not cause any prejudice to the plaintiff.

WHEREFORE, defendant Daniel J. Hogan respectfully requests that this Court grant him a period of twenty days (20), up to and including October 18, 2005, to move, answer, or otherwise plead in response to the plaintiff's complaint.

Respectfully submitted,

DANIEL J. HOGAN,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: September 28, 2005

## Certificate of Service

I hereby certify that on September 28, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Owen Garth Hinkson, plaintiff *pro se*, 17785-038, Federal Correctional Institution, P.O. Box 9001, Ray Brook, New York, 12977.

/s/ Maura D. McLaughlin
Maura D. McLaughlin