UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWEN HINKSON,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL HOGAN, Clerk Magistrate;<br>MARILYN WELLINGTON, Court<br>Administrator; FRANCIS J. CAFFERTY,<br>Clerk; CHARLES R. JOHNSON, Chief<br>Justice Boston Municipal Court; et al.<br><br>    Defendants. | Civil Action No. 05-10822-JLT |

**MOTION FOR LEAVE TO DISPENSE WITH
THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1**

    Daniel J. Hogan, a defendant in the above-captioned action, moves that he be permitted to file the accompanying Motion for Extension of Time and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, Mr. Hogan states that plaintiff is currently incarcerated at the Federal Correctional Institution in Ray Brook, New York, and is not represented by counsel, rendering pre-filing conference impracticable.

    For this reason, Mr. Hogan requests that he be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that he be permitted to file the accompanying Motion for Extension of Time and any future motions in this action without first conferring with the plaintiff.

                                                                 Respectfully submitted,

                    DANIEL J. HOGAN,

                    By his attorney,

                    THOMAS F. REILLY
                    ATTORNEY GENERAL

                    /s/ Maura D. McLaughlin
                    Maura D. McLaughlin (BBO # 634923)
                    Assistant Attorney General
                    Criminal Bureau
                    One Ashburton Place
                    Boston, Massachusetts 02108
                    (617) 727-2200, ex. 2857

Dated: September 28, 2005


### Certificate of Service

    I hereby certify that on September 28, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Owen Garth Hinkson, plaintiff *pro se*, 17785-038, Federal Correctional Institution, P.O. Box 9001, Ray Brook, New York, 12977.

                    /s/ Maura D. McLaughlin
                    Maura D. McLaughlin