IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| OWEN GARTH HINKSON, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No.05-10822-JLT |
| DANIEL J. HOGAN, CLERK MAGISTRATE, et al. | : | PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO Fed. R. Civ. Proc. Rule 55(a), (b) (1) And (2) |
| Defendants. | : | |

**Now Comes,** this Plaintiff, Owen Garth Hinkson, filing this Motion for Judgment for Default pursuant to **Fed. R. Civ. Proc. Rule 55(a),(b)(1) and (2).** Plaintiff also filing this Motion Pro Se. See, **Haines v. Kerner, 404 U.S. 519, 520 (1972).**

In this Plaintiff's Civil Action this Honorable Court order the Plaintiff to send all necessary forms to the United States Marshal on July 21, 2005, and the Plaintiff comply with the Court's order and the United States Marshal attempt to make service upon the defendants but it was the wrong address, the Plaintiff then correct the address and return the forms back to the United States Marshal and the United States Marshal make service upon one defendant ("that was Defendant "Hogan".") the United States Marshal stated that ("defendant Wellington on longer work in Boston, and defendant Caffrey was on sick lev.")

The Summons from the Clerk gave the defendants (20) days

to file an answer to the Plaintiff's Complaint, defendant Hogan, received the Summons and Complaint from the United States Marshal on August 31, 2005, and his answer due on September 20, 2005, Plaintiff has not receive any such answer from defendant Hogan,.

This Plaintiff also serve the defendants by United States Postal Service First Class Certified Mail with Return Receipt, and the defendants received it on September 02, 2005, and the answer due on September 23, 2005, Plaintiff have not received any such answer from the defendants.

This Plaintiff now move this Honorable Court for Judgment by Default upon on all three defendants pursuant to **Fed. R. Civ. Proc. Rule 55(a),(b)(1) and(2).** See the Attached Memorandum of Law and Plaintiff's Affidavit, in Support of Plaintiff's Motion for Judgment by Default.

Dated: 9/26/2005.                    Respectfully submitted,

                                     _Owen G. H_____
                                     Mr. Owen Garth Hinkson, Pro Se.
                                     Reg. No. 17785-038
                                     Federal Correctional Institution
                                     Ray Brook
                                     P.O. Box 9001
                                     Ray Brook, New York 12977-9001

cc: