IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

OWEN GARTH HINKSON,  :

      Plaintiff,  :

                           Civil Action No.05-10822-JLT

vs.  :

DANIEL J. HOGAN, CLERK  :  PLAINTIFF'S MEMORANDUM OF LAW
MAGISTRATE, et al.  IN SUPPORT OF PLAINTIFF'S
                          MOTION FOR JUDGMENT BY DEFAULT
                      :  PURSUANT TO Fed. R. Civ. Proc.
      Defendants.  Rule 55(a),(b)(1) And (2)

## I.  INTRODUCTION

**Now Comes,** this Plaintiff, Owen Garth Hinkson, ("Plaintiff" or "Hinkson") filing this Memorandum of Law In Support of Plaintiff's Motion for Judgment By Default pursuant to **Fed. R. Civ. Proc. Rule 55(a),(b)(1) And (2).** Plaintiff also filing is Pro Se. See, **Haines v. Kerner, 404 U.S. 519, 520 (1972).**

## II.  STATEMENT OF FACTS

Plaintiff's pro se complaint is brought against a judge [1] a court clerk, a clerk-magistrate, and a court administrator for the alleged violation of plaintiff's civil rights. Plaintiff is now serving a federal sentence that was enhanced based upon a

---

1. This Honorable Court gave the Plaintiff (42) days to show cause why the court should not dismiss the Plaintiff's complaint against Judge Johnson, plaintiff did not filed such a motion and agreed that the court dismiss the plaintiff's complaint against Judge Johnson a lone.

Massachusetts conviction he contends would have been vacated in 2000 but for the wrongful actions, or inactions, of the defendants.

Plaintiff alleges that on or about October 6, 1999, counsel filed on his behalf in the Boston Municipal Criminal Court a motion to vacate judgment of conviction pursuant to G.L. c. 278, § 29D. Complaint, ¶ 5. Plaintiff further alleges that Judge Kelly denied his motion on December 20, 2000, on the ground that the defendant had been found guilty after a bench trial, and that being the case, the statute did not apply. Id.

### III.   LAW & PLAINTIFF'S ARGUMENT

This Honorable Court has jurisdiction pursuant to **Fed. R. Civi. Proc. Rule 55(a),(b)(1) And (2).** See(Plaintiff's Affidavit In Support of Plaintiff's Motion for Judgment By Default). See **Key Bank of Maine v. Tablecloth Textile Co. Corp., 74 F.3d 349, 352-53 (1st Cir. 1996)** ("because of Tablecloth's failure to file a responsive pleading. On April 1, 1994, Appellee filed a motion for a default judgment,...")

In this Plaintiff's civil action the Clerk's Summons give each named defendant (20) days to file and serve the court and the Plaintiff an answer, that due date was September 20, and 23, 2005, and has of this date the defendants have not file such an answer to the court or the plaintiff, so plaintiff now move this Honorable Court to default each named defendants for the Sum of $3.3, million dollars has stated in Plaintiff's Affidavit, and

2

Plaintiff's Complaint. In this civil action the plaintiff and the United States Marshal Service file with this Honorable Court all service of process showing that all named defendants have being serve with the Summons and Complaint. See **Fed. R. Civ. Proc. Rule 4(1)**, ("**Proof of Service.** If service is not waived, the person effecting service shall make proof thereof to the court.")

In all the Plaintiff's filing of motion with this Court the defendants have not file any objection are any answer to the Plaintiff's Complaint. See, <u>Key Bank of Maine v. Tablecloth Textile Co. Corp.</u>, at. n. 6. ("See, e.g., Lutomski v. Panther Valley Coin Exchange, 653 F.2d 270, 271 (6th Cir. 1981) (finding appearance where defendants contacted plaintiffs and made clear that the damages sought were excessive); ...")

### IV.    CONCLUSION

**WHEREFORE,** Plaintiff request this Honorable Court to order these defendants in default for the Sum of $3.3, million dollars as stated in this Plaintiff's Affidavit and Complaint.

                                        Respectfully submitted,

                                        Owen Garth Hinkson, Pro Se.
                                        Reg. No. 17785-038
                                        Federal Correctional Institution
                                        Ray Brook
                                        P.O. Box 9001
                                        Ray Brook, New York 12977-9001

cc:

## CERTIFICATE OF SERVICE

I, Plaintiff, Owen Garth Hinkson, hereby serve a true copy of Plaintiff's Motion for Judgment By Default pursuant to **Fed. R. Civ. Proc. Rule 55(a),(b)(1)(2),** to all named defendants in this Civil Action, on this 26, day of September 2005, by first class U.S. Mail, by placing it in the United States Post Box at FCI Ray Brook, New York. Postage Prepaid, and address to the last known adress:

    TO: Hogan; Wellington; and Caffrey
        Edward W. Brooke Courthouse
        24 New Chardon Street
        Boston, MA 02114

                                      */s/ Owen G. Hinkson*
                                      Owen Garth Hinkson, Pro Se.
                                      Reg. No. 17785-038
                                      FCI Ray Brook
                                      P.O. Box 9001
                                      Ray Brook, New York 12977-9001

Dated: 9/26/2005.

cc: