IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

OWEN GARTH HINKSON,                :

        Plaintiff,            :
                                     Civil Action No.05-10822-JLT
  vs.                              :
                                     PLAINTIFF'S AFFIDAVIT IN
DANIEL J. HOGAN, CLERK             SUPPORT OF PLAINTIFF'S MOTION
MAGISTRATE, et al.                 FOR JUDGMENT BY DEFAULT
                               :  PURSUANT TO Fed. R. Civ. P.
        Defendants.              Rule 55(a),(b)(1) And (2)
                               :

I, Owen Garth Hinkson, being duly sworn, hereby depose and state that:

1. On August 31, 2005, the United States Marshal Served the defendant Daniel J. Hogan, with a copy of the United States Clerk's Summons and Plaintiff's Complaint.

2. On September 02, 2005, at 10:09 am., the Boston Municipal Court's Clerk sign and received the Plaintiff's Complaint and the United States District Court's Order and Summons to all three named defendants.

3. In this Civil Action the United States District Court Clerk's Summons gave all three named defendant (20) days to file and serve an answer to the Court and the Plaintiff and as of this date the Plaintiff has not receive any such answer from the defendants. The (20) days has past.

4. The defendant Daniel J. Hogan, is in default and the amount of money damage is $1.1, million dollars.

5. The defendant Marilyn Wellington, is in default and the amount of money damage is $1.1, million dollars.

6. The defendant Francis J. Caffrey is in default and the amount of money damage is $1.1, million dollars.

7. In the Plaintiff's Civil Action the Plaintiff demonded money damages in the Sum of $3.3, million dollars and t United States District Court must award in its Judgment y Default $3.3, million dollars, to the Plaintiff because defendants is in default, pursuant to **Fed. R. Civ. Proc Rule 55(a),(b)(1) and (2).**

8. Plaintiff, Owen Garth Hinkson, filed this Affidavit in Support of his motion for Judgment by Default; Signed t s Affidavit under the Pains and Penalties of Perjury this __26__, day of __September__, 2005.

_____
Owen Garth Hinkson, Pro Se.

The State of New York
County of Franklin

Subscribed And Sworn  Before Me, By The Said Owen Garth Hink n,
This: __26th__, day of __September__, 2005.

_____
Notary Public In County, of New York.

MICHELLE GONYEA
Notary Public, State of New York
No. 01GO6071700
Qualified in Franklin County
My Commission Expires March 25, 20 __06__