From:    Mr. Owen Garth Hinkson
         Reg. No. 17785-038
         Federal Correctional Institution
         Ray Brook
         P.O. Box 9001
         Ray Brook, New York 12977-9001


Dated:   September 27, 2005


TO:      Honorable Joseph L. Tauro
         United States District Judge
         U.S. Courthouse
         1 Courthouse Way, Suite 2300
         Boston, MA 02210


Re:      **Hinkson v. Hogan, et al. Case No.05-CV-10822-JLT**


Dear Tauro, Judge:

      I'm writing you this letter to request that you respond to
the pending motion that I have filed with the clerk's office. I
have filed (1) a motion for publication; (2) a Writ for attach-
ment; and (3) a Motion for Judgment by Default.

      In this Civil Action if the court rule on all three motion
it will expedite the case so it can be over in a timely manner
In this case the defendants has not answer to any of the filing
that the plaintiff has filed with this Honorable Court, the
defendants was served with a copy of all the plaintiff's filing
with this Honorable Court. (On September 26, 2005, I send the
Defendants a letter as a default notice.)

      Honorable Judge Tauro, I have spoke to the FCI Ray Brook,
New York, Treasurer's Office and he asure me that its his duty
to see that the Court receive the filing fees, he also request
that I send him a copy of "Notice for Payment of Prisoner filing
fee." As of this letter I have gave him a copy of the Court's
Notice of Payment of Prisoner Filing fee. Honorable Judge Tauro,
when the Clerk send such an order to the institution its the

duty of that office to obey the Court's order and carry it out, and the court cannot hold me at fault for the FCI Treasurer's Office not taking the filing fees, in a timely manner.

        I, Plaintiff Owen Garth Hinkson, request that the Court file this letter and all papers that Plaintiff sent to this Court on the docket.

                                Respectfully submitted,


                                _____
                                Owen Garth Hinkson, Pro Se.
                                Reg. No. 17785-038

cc: