From: Mr. Owen Garth Hinkson
Reg. No. 17785-038
Federal Correctional Institution
Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

Dated: September 29, 2005

TO: Clerk of Court
United States District Court
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: **Hinkson v. Hogan, et al. Case No. 05-CV-10822-JLT**

**Dear Clerk of Court:**

    In this letter I'm requesting a copy of the Court's Docket Sheet, because the Defendants has not answer to the Plaintiff's Complaint, at this time I would like to know from the Court's Docket Sheet if the defendants request for an extension of time to file their answer.

    In this Plaintiff's Civil Action the Clerk's Summons gave each named defendant (20) days to file an answer and that date was September 20, and 23, 2005, and has of this date the Plaintiff has not receive any answer. See **Taylor v. Boston And Taunton Transp. Co., 720 F.2d 731, 733 (1st Cir. 1983)**, ("Taylor was not required to give B & T notice of its application for judgment pursuant to Fed. R. Civ. P. 55 because B & T had not entered an appearance.")

    In this Plaintiff's Civil Action, the Plaintiff has filed an application for judgment by default with the clerk's office and at this time Plaintiff request that the Clerk enter each named defendant in default. See Fed. R. Civ. P. Rule 55(a), ( ) (1).

Respectfully submitted,

Owen Garth Hinkson, Pro Se.

cc: