IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

OWEN GARTH HINKSON,

      Plaintiff,

vs.

DANIEL J. HOGAN, CLERK MAGISTRATE, et al.

      Defendants.

Civil Action No. 05-10822-JLT

PLAINTIFF'S OBJECTION TO THE DEFENDANTS' MOTION FOR LEAVE TO DISPENSE WITH THE CONFEREANCE REQUIREMENT OF LOCAL RULE 7.1

**Now Comes,** this Plaintiff Owen Garth Hinkson, filing his Objection to the Defendants' Motion for Leave to Dispense With The Conference Requirement of Rule 7.1. Plaintiff filing this Pro Se. See **Haines v. Kerner, 404 U.S. 519, 520 (1972).**

In this Plaintiff's Civil Action, Plaintiff reserved all his rights under the United States District Court's Local Rule 7.1; the United States Federal Rules of Civil Procedure, and the Commonwealth of Massachusetts Rules of Civil Procedure.

Plaintiff also object to the defendants' statement that only defendant Hogan, has being served with the Pliantiff's Complaint. ("Granting this small extension of time will not cause any undue delay in the proceedings, as it appears that several of the other defendants have not yet been served.")

This plaintiff object to that because all service of process have being filed with the United States District Court and plaintiff is a-waiting for the court answer to the Plaintiff's Service of Process.

As this Honorable Court and the defendants is well aware that on September 02, 2005, at 10:09 am the United States Postal Service delivered the Plaintiff's Complainti with the Court's Summons to the Boston Municipal Court Department, and on September 11, 2005, this plaintiff filed service of process with the court, also before the court is the plaintiff's motion for leave to serve Defendant Marilyn Wellington, and Defendant Francis J. Caffrey, by publication.

WHEREFORE, this Plaintiff Owen Garth Hinkson respectfully request that this Honorable Court response to the Plaintiff's pending motion and deny the defendants' motion for leave to dispense with the conference requirement of local rule 7.1.

Respectfully submitted,

*Owen G. H.*

Mr. Owen Garth Hinkson, Pro Se.
Reg. No.17785-038
Federal Correctional Institution
Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

cc:

## CERTIFICATE OF SERVICE

I, Plaintiff, Owen Garth Hinkson, hereby serve a true copy of Plaintiff's Objection to the defendants' attorney in this Civil Action Caption, on this __3__, day of _October_, 2005, by first class U.S. Mail, by placing it in the United States Post Box at FCI Ray Brook, New York. Postage prepaid, and address to the Defendants, Attorney's last known address:

TO: Maura D. McLaughlin (BBO # 634923)
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108

_____
Mr. Owen Garth Hinkson, Pro Se.
Reg. No.17785-038

Dated: 10/3/0225.