IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| OWEN GARTH HINKSON, | : | |
| Plaintiff, | : | Civil Action No. 05-10822-JLT |
| vs. | : | |
| **DANIEL J. HOGAN, CLERK MAGISTRATE, et al.** | : | **PLAINTIFF'S MOTION TO REQUEST LEAVE TO FILE AND AMEND HIS 42 U.S.C. § 1983 COMPLAINT TO ADD AN EIGHTH AMENDMENT VIOLATION** |
| **Defendants.** | : | |

**Now Comes,** this Plaintiff, Owen Garth Hinkson, filing this Motion to Request Leave to file and amend his 42 U.S.C. § 1983 Complaint to add an Eighth Amendment Violation. Plaintiff also file this Motion Pro Se. See **Haines v. Kerner, 404 U.S. 519, 520 (1972).**

Plaintiff moves this Honorable Court to grant the Plaintiff leave to file an amendment to show an Eighth Amendment violation by the defendants' actions, or inactions, in this Civil Action. Plaintiff will show that each defendants' actions, or inactions, cause the Plaintiff to suffer Cruel And Unusual Punishment

WHEREFORE, this Plaintiff pray that this Honorable Court grant this Motion and allow the Plaintiff to amend his Complaint and show that he suffer an Eighth Amendment violation.

Respectfully submitted,

Owen Garth Hinkson, Pro Se.
Reg. No. 17785-038
Federal Correctional Institution
Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

Dated: October 12, 2005.

**CERTIFICATE OF SERVICE**

I, Owen Garth Hinkson, hereby certify that on October 12, 2005, I served a true and accurate copy of the above document by via first class mail, postage prepaid, upon the defendants' attorney at his last known address:

TO: Maura D. McLaughlin (BBO #634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

Owen Garth Hinkson, Pro Se.