```
From:   Mr. Owen Garth Hinkson
        Reg. No. 17785-038
        Federal Correctional Institution
        Ray Brook
        P.O. Box 9001
        Ray brook, New York 12977-9001


Dated:  October 26, 2005



TO:     Joseph L. Tauro, J.
        United States District Court Judge
        U.S. Courthouse
        1 Courthouse Way, Suite 2300
        Boston, Massachusetts 02210


Re:     Hinkson v. Hogan, et al.
        U.S. District Court Docket No. 05-cv-10822-JLT
```

Dear Tauro, Judge:

    I'm writing your office this letter, to request an answer to the pending motions that is before you; at this time the defendants' attorney request an extension of time to file response to the plaintiff's complaint.

    The Honorable Court have not answer to the defendants' attorney motion and the time that the defendants' attorney request has past and the Court have not grant or deny the motion. In this case the interest of justice call for the Court to answer to the Plaintiff's and the Defendants' motions in a timely manner.

    In this case Plaintiff is aware that the Honorable Court may have a lot of work a-head, but the Interest of Justice still call for the Court to answer to the motions such as the motion for extension of time.

Respectfully submitted,

*Owen G. Hinkson*
Owen Garth Hinkson, Pro Se.

cc: Maura D. McLaughlin
    Defendants' Attorney