IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| OWEN GARTH HINKSON, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No.05-10822-JLT |
| DANIEL J. HOGAN, Clerk Magistrate, et al., | : | **PLAINTIFF'S MOTION TO ASK FOR ENLARGEMENT OF TIME TO OBJECT TO THE DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT** |
| Defendants. | : | |
| | : | |

    Now Comes, This Plaintiff, Owen Garth Hinkson, filing this Motion to ask this Honorable Court for an extension of time to file an Objection to the defendants' Motion to Dismiss the Plaintiff's 42 U.S.C. § 1983, Complaint. Plaintiff filing this Motion for an extension of time Pro Se. See, **Haines v. Kerner, 404 U.S. 519, 520 (1972).**

    This Plaintiff seek this extension of time for the reasons that Plaintiff work seven days a week at FCI Ray Brook, New York and an extension of time is needed to file a good objection to the defendants' attorney motion to dismiss the Plaintiff's 42 U.S.C. § 1983, Complaint. At this time Plaintiff must work at FCI Ray Brook, to pay his fine and this Honorable Court's filing fees.

    Plaintiff also work to support the Troops in the war in Iraq,.

    WHEREFORE, plaintiff Pray this Court garnt this plaintiff

the extension of time that the plaintiff request.

Respectfully submitted,

Mr. Owen Garth Hinkson, Pro Se.
Reg. No. 17785-038
FCI Ray Brook
P.O. Box 9001
Ray Brook, New York 12977-9001

cc:

### CERTIFICATE OF SERVICE

I, Owen Garth Hinkson, hereby certify that I have served a true copy of Plaintiff's Motion for An Extension of time upon the defendants' attorney on this 27, day of October, 2005, by first class U.S. Mail, postage prepaid; by placing it in the U.S. Mail Box at FCI Ray Brook, New York, address to the last known address:

TO: Ms. Maura D. McLaughlin, Esq. (BBO# 634923)
    Office of the Attorney General
    One Ashburton Place, 18th Floor
    Boston, MA 02108

Dated: 10/27/ 2005

Mr. Owen Garth Hinkson, Pro Se.

2