From:    Mr. Owen Garth Hinkson
         Reg. No. 17785-038
         Federal Correctional Institution
         Rey Brook
         P.O. Box 9001
         Ray Brook, New York 12977-9001


Dated:   November 4, 2005


TO:      Honorable Joseph L. Tauro
         United States District Judge
         U.S District Courthouse
         1 Courthouse Way, Sute 2300
         Boston, Massachusetts 02210


Re:      **Hinkson v. Hogan, et al.,**
         **United States District Court Docket No.05-cv-10822-JLT**


**Dear Hon. Tauro:**

On November 21, the one hundred twenty (120) days is up for
the plaintiff to served the other two defendants in this case, an
as you know that the U.S. Marshals Service cannot locate these
two defendants.

Honorable Tauro, there are eight (8) or nine (9) motion for
the plaintiff before you; on September 11, 2005, and September 7,
2005, plaintiff filed with the Clerk's office his motion to show
service of process, this motion dated September 7, 2005, and on
September 11, 2005, plaintiff filed his motion asking for leave
to served Marilyn Wellington and Francis J. Caffrey, by
publication, and as of this date you have not rule on any of the
plaintiff's motions.

Honorable Tauro, the court allow the one hundred twenty
(120) days to almost run out and as of November 21, 2005, the
complaint is deemed to be unserved for the purpose of **Fed. R.
Civ. P. 4(m).**

Honorable Tauro, the long waiting on the Court to rule on
these motions is prejudicial to the plaintiff. In this case at

bar, this plaintiff shows that he used diligent in prosecuting the cause of action. See **Jardines Bacata, Ltd. v. Diaz-Marquez, 878 F.2d 1555, 1558 (1st Cir. 1989). ("We have said that "the evident purpose of Rule 4(j) was to compel parties and their counsel to be diligent in prosecuting cased of action." United States v. Ayer, 857 F.2d 881, 884 (1st Cir. 1988).") Id.**

Honorable Tauro, for the plaintiff to file and write to the court each time casue time and money and I dont have that money to spend. I request that this Honorable Court rule on all the plaintiff's motions in a timelly manner.

Respectfully submitted,

Mr. Owen Garth Hinkson, Pro se.
Reg No  17785-038

cc: (1st Circuit Court of
     Appeals)

2